LEE M. PERLMAN
ATTORNEY AT LAW
1926 Greentree Rd, Suite 100
Cherry Hill, NJ 08003
(856) 751-4224
ATTORNEY FOR PLAINTIFF, KIMBERLY HOOGSTRA

| | |
|---|---|
| KIMBERLY HOOGSTRA<br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br><br>FOR THE DISTRICT OF NEW JERSEY<br><br>CASE NO.: 09-23767-JHW |
| KIMBERLY HOOGSTRA<br><br>Debtor/Plaintiff<br><br>POLICE AND FIRE FEDERAL CREDIT UNION<br><br>Defendant | AP NO.:<br><br>**ADVERSARY COMPLAINT** |

## I.  INTRODUCTION

1.      This is an action for sanctions brought by an individual consumer for Defendants' contempt of the Order Discharging the Plaintiff pursuant to 11 U.S.C. § 105(a).

## II.  JURISDICTION

2.      The Plaintiff filed her Chapter 7 case on May 29, 2009.  This Court has jurisdiction over the adversary proceeding pursuant to 28 U.S.C. § 157 and 1334.  This adversary proceeding is a core proceeding.  Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for state law claims pursuant to 28 U.S.C. § 1367.

## III.  PARTIES

3.      The Plaintiff is a natural person residing at 192 Denver Avenue, Mantua, NJ 08051.

4.      The Defendant Police and Fire Federal Credit Union ("herein PFFCU"), is a corporation or other business entity with a mailing address of 901 Arch Street, Philadelphia, PA 19107.

5.      Linda L. McMackin is the duly appointed Chapter 7 Trustee in this case with an address of 669 Grove Road, Thorofare, NJ 08086-2219.  Although not a party to this action, the Trustee is a party in interest and will receive notice of the adversary proceeding.

## IV. FACTUAL ALLEGATIONS

6.      The Plaintiff's Chapter 7, no asset, case was commenced by filing a voluntary petition with the Clerk of this Court on May 29, 2009.

7.      At that time, the Plaintiff included PFFCU in her "Schedule F" three times as an unsecured creditor for accounts ending in 7012, 7014, and 8586. A copy of the Plaintiff's "Schedule F" is attached as Exhibit "A".

8.      On June 4, 2009, the Bankruptcy Noticing Center sent PFFCU notice of the Plaintiff's Chapter 7 Bankruptcy filing.  See the notice attached as Exhibit "B".

9.      On September 11, 2009, the Plaintiff's Chapter 7 bankruptcy case was discharged. Notice of the discharge was sent to PFFCU on September 13, 2009, by the Bankruptcy Noticing Center. See the notice attached as Exhibit "C".

10.     On March 17, 2010, PFFCU filed a complaint against the Plaintiff in the Philadelphia Municipal Court in the First Judicial District of Pennsylvania, Docket number SC-10-03-17-5076, attempting to collect on the account ending in 7012.  This account was included in the Plaintiff's bankruptcy, in which, PFFCU already received notice of the bankruptcy filing and the bankruptcy discharge.   A copy of the complaint is attached as Exhibit "D".

11.     The attempted collection of this debt hinders the Debtor's ability to obtain the "fresh start" afforded through bankruptcy.

## V. FIRST CLAIM FOR RELIEF

12.     Plaintiff incorporates herein by reference each and every allegation contained in paragraphs one (1) through eleven (11) as though set forth herein at length.

13.     Defendant, PFFCU's actions constitute a clear violation of the Discharge Injunction pursuant to §524 of the Bankruptcy Code.

14.     As a result of the above contempt of the Discharge Injunction Order, the Defendants are liable to the Plaintiff in the sum of the Plaintiff's actual damages, statutory damages, punitive damages, costs and attorney fees, and sanctions pursuant to § 105 of the Bankruptcy Code. .

**WHEREFORE,** Plaintiff respectfully prays that judgment be entered against Defendant in the amount of:

a.     actual damages;

b.     punitive damages

c.     costs and reasonable attorney's fees;

d.     permanent injunction against PFFCU from collecting this debt

e .     for such other and further relief as may be just and proper.

April 20, 2010
DATE

/s/ Lee M. Perlman
LEE M. PERLMAN, ESQUIRE

## Exhibit A

B6F (Official Form 6F) (12/07) - Cont.

IN RE Hoogstra, Kimberly L. _____    Case No. _____
                            Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0709 <br><br> Old Navy <br> Corporate Bankruptcy Department <br> PO Box 103106 <br> Roswell, GA 30076 | | | 2008; <br> Credit card purchases | | | | 846.00 |
| ACCOUNT NO. <br><br> Credit Control, LLC <br> PO Box 488 <br> Hazelwood, MO 63042-0488 | | | Assignee or other notification for: <br> Old Navy | | | | |
| ACCOUNT NO. <br><br> Creditors Interchange <br> PO Box 1335 <br> Buffalo, NY 14240-1335 | | | Assignee or other notification for: <br> Old Navy | | | | |
| ACCOUNT NO. <br><br> Lvnv Funding Llc <br> PO Box 740281 <br> Houston, TX 77274-0281 | | | Assignee or other notification for: <br> Old Navy | | | | |
| ACCOUNT NO. 7012 <br><br> Police And Fire Fcu <br> 2837 Southampton Rd <br> Philadelphia, PA 19154-1206 | | | 2003; <br> Collection account | | | | 8,890.00 |
| ACCOUNT NO. 7014 <br><br> Police And Fire Fcu <br> 2837 Southampton Rd <br> Philadelphia, PA 19154-1206 | | | 2006; <br> Collection account | | | | 4,283.00 |
| ACCOUNT NO. 8586 <br><br> Police And Fire Fcu <br> 901 Arch St <br> Philadelphia, PA 19107-2404 | | | 2008; <br> Credit card purchases | | | | 3,772.00 |

Sheet no. ___4 of ___6 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 17,791.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

Exhibit B

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)                    Case Number 09-23767-JHW

## UNITED STATES BANKRUPTCY COURT
### DISTRICT of District of New Jersey

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/29/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kimberly L. Hoogstra
aka Kimberly L. Wood
192 Denver Ave
Mantua, NJ 08051

| Social Security/Taxpayer ID/Employer ID/Other Nos.: | United States Bankruptcy Judge: |
|---|---|
| xxx-xx-8108 (Kimberly L. Hoogstra) | Honorable Judith H. Wizmur |

| Attorney for Debtor(s) (name and address): | Trustee: |
|---|---|
| Lee Martin Perlman | Linda L. McMackin |
| Lee M. Perlman | 669 Grove Road |
| 1926 Greentree Road | Thorofare, NJ 08086 |
| Suite 100 | Telephone number: (856) 848-3600 |
| Cherry Hill, NJ 08003 | The United States Trustee, Region 3 appoints the above-named |
| Telephone number: (856) 751-4224 | individual as interim trustee as of the date of the filing of the bankruptcy petition. |

### Meeting of Creditors:

Date: **July 6, 2009**                                      Time: **01:00 PM**
Location: **Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
**9/4/09**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 401 Market Street | Clerk of the Bankruptcy Court: |
| Camden, NJ 08102 | James J. Waldron |
| Telephone number: 856-757-5485 | |
| Business Hours: | Date: 6/2/09 |
| 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) | |

## EXPLANATIONS

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Proof of Identification and Social Security Number | Important notice to individual debtors: Effective March 1, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. **Writing a letter to the court or the judge is not a substitute for the filing of an adversary complaint.** |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## — Refer to Other Side for Important Deadlines and Notices —

Undeliverable Notices.   Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

Case information – telephone access.   Case summary information can be obtained from any touch tone telephone by calling the automated Voice Case Information System (VCIS) at the toll free number: 1–877–239–2547. This service is free of charge and is available 24 hours a day.

Case information – electronic access.   Case summary and docket information can be obtained from the Public Access to Court Electronic Records (Pacer) System. To register or for more information, please call the Pacer Billing Center at 1–800–676–6856 or visit the Pacer Web Site: http://pacer.psc.uscourts.gov.

Internet access.   Additional information may be available at the Court's Web Site: http://www.njb.uscourts.gov.

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: jlieze          Page 1 of 2          Date Rcvd: Jun 02, 2009
Case: 09-23767               Form ID: b9a          Total Served: 45

The following entities were served by first class mail on Jun 04, 2009.
```
db          +Kimberly L. Hoogstra,    192 Denver Ave,    Mantua, NJ 08051-1307
aty         +Lee Martin Perlman,   Lee M. Perlman,   1926 Greentree Road,    Suite 100,
             Cherry Hill, NJ 08003-1100
tr          +Linda L. McMackin,    669 Grove Road,    Thorofare, NJ 08086-2219
smg          U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
509710947    AES,    PO Box 2461,    Harrisburg, PA  17105-2461
509710948    American Education Services,    PO Box 2461,    Harrisburg, PA  17105-2461
509710949    American Recovery Systems, Inc.,    1699 Wall St Ste 300,    Mount Prospect, IL  60056-5778
509710950   +Bureau Of Collection Recovery, Inc.,    7575 Corporate Way Rm 301,    Eden Prairie, MN 55344-2000
509710951    Cap One,    PO Box 5155,    Norcross, GA  30091-5155
509710952    Chase Receivables,    1247 Broadway,    Sonoma, CA  95476-7503
509710953    Cit Bank/dfs,    12234 N Ih 35,    Austin, TX  78753-1705
509710954    Citi,    PO Box 20507,    Kansas City, MO  64195-0507
509710955    Credit Control, LLC,    PO Box 488,    Hazelwood, MO  63042-0488
509710956    Creditors Interchange,    PO Box 1335,    Buffalo, NY  14240-1335
509710957   +Drexel Univ,    3141 Chestnut St,    Philadelphia, PA 19104-2875
509710958   +Drexel University,    3141 Chestnut St 1ST Fl,    Philadelphia, PA 19104-2884
509710959   +Encore Receivable Management, Inc.,    PO Box 3330,    Olathe, KS 66063-3330
509710960   +Equifax,    PO Box 740256,    Atlanta, GA 30374-0256
509710961   +Experian,    PO Box 9701,    Allen, TX 75013-9701
509710962    Faloni & LaRusso, Esquires,    PO Box 1285,    Caldwell, NJ  07007-1285
509710964    Geneva Roth Ventures,    PO Box 148,    Mission, KS  66201-0148
509710965    High Mountain Funding,    PO Box 226,    Haledon, NJ  07508
509710967   +Jefferson Capital Syst,    16 McLeland Rd,    Saint Cloud, MN 56303-4725
509710968    Loan Shop Online,    2207 Concord Pike # 250,    Wilmington, DE  19803-2908
509710971    MRS Associates Inc.,    1930 Olney Ave,    Cherry Hill, NJ  08003-2016
509710970   +Macy's,    Attn: Bankruptcy Corporate Department,    6356 Corley Rd,    Norcross, GA 30071-1704
509710972   +NCO Financial Systems,    3850 N Causeway Blvd Ste 350,    Metairie, LA 70002-8195
509710974    Omni Credit Services, Inc.,    PO Box 23381,    Tampa, FL  33623-3381
509710975    Oxford Management Services,    PO Box 1991,    Southgate, MI  48195-0991
509710977   +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
509710976   +Police And Fire Fcu,    2837 Southampton Rd,    Philadelphia, PA  19154-1206
509710978    Redline Recovery Services, LLC,    1145 Sanctuary Pkwy Ste 350,    Alpharetta, GA  30009-4756
509710979    Sallie Mae,    PO Box 9500,    Wilkes Barre, PA  18773-9500
509710980    Stokes & Clinton,    PO Box 991801,    Mobile, AL  36691-8801
509710981   +Transunion,    PO Box 2000,    Crum Lynne, PA 19022-2002
509710982    Travel Advantage Network,    PO Box 64220,    Baltimore, MD  21264-4220
509710983    Tri State Financial,    PO Box 2520,    Wilkes Barre, PA  18703-0018
509710984    University Accounting Service,    PO Box 932,    Brookfield, WI  53008-0932
```

The following entities were served by electronic transmission on Jun 02, 2009.
```
509710954    EDI: CITICORP.COM Jun 02 2009 18:33:00    Citi,    PO Box 20507,    Kansas City, MO  64195-0507
509710963    EDI: AMINFOFP.COM Jun 02 2009 18:33:00    First Premier Bank,    PO Box 5524,
             Sioux Falls, SD  57117-5524
509710966   +EDI: RMSC.COM Jun 02 2009 18:33:00    JC Penney,    Corporate Bankruptcy Department,
             4125 Windward Plz Bldg 300,    Alpharetta, GA 30005-8738
509710969    EDI: RESURGENT.COM Jun 02 2009 18:38:00    Lvnv Funding Llc,    PO Box 740281,
             Houston, TX  77274-0281
509710973   +EDI: RMSC.COM Jun 02 2009 18:33:00    Old Navy,    Corporate Bankruptcy Department,
             PO Box 103106,    Roswell, GA 30076-9106
509710985    EDI: USAA.COM Jun 02 2009 18:33:00    Usaa Savings Bank,    10750 McDermott Fwy,
             San Antonio, TX  78288-1600
509710986    EDI: WFNNB.COM Jun 02 2009 18:33:00    Wfnnb/victorias Secret,    PO Box 182273,
             Columbus, OH  43218-2273
```
                                                                                    TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-1       User: jlieze        Page 2 of 2          Date Rcvd: Jun 02, 2009
Case: 09-23767             Form ID: b9a         Total Served: 45
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2009                    Signature:    _____

<u>Exhibit C</u>

B18 (Official Form 18) (12/07)

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  09–23767–JHW
Chapter:  7
Judge:  Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kimberly L. Hoogstra
aka Kimberly L. Wood
192 Denver Ave
Mantua, NJ 08051
Social Security No.:
xxx–xx–8108
Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: September 11, 2009

Judith H. Wizmur
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 11, 2009
Case: 09-23767               Form ID: b18              Total Noticed: 44

The following entities were noticed by first class mail on Sep 13, 2009.
```
db            +Kimberly L. Hoogstra,    192 Denver Ave,    Mantua, NJ 08051-1307
aty           +Edward L. Berger,    Gordin & Berger, PC,    1760 Market Street, Suite 600,
               Philadelphia, PA 19103-4199
smg            U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
509710947      AES,    PO Box 2461,    Harrisburg, PA 17105-2461
509710948      American Education Services,    PO Box 2461,    Harrisburg, PA 17105-2461
509710949      American Recovery Systems, Inc.,    1699 Wall St Ste 300,    Mount Prospect, IL 60056-5778
509710950     +Bureau Of Collection Recovery, Inc.,    7575 Corporate Way Rm 301,    Eden Prairie, MN 55344-2000
509710952      Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
509710953      Cit Bank/dfs,    12234 N Ih 35,    Austin, TX 78753-1705
509710954      Citi,    PO Box 20507,    Kansas City, MO 64195-0507
509710955      Credit Control, LLC,    PO Box 488,    Hazelwood, MO 63042-0488
509710956      Creditors Interchange,    PO Box 1335,    Buffalo, NY 14240-1335
509710957     +Drexel Univ,    3141 Chestnut St,    Philadelphia, PA 19104-2875
509710958     +Drexel University,    3141 Chestnut St 1ST Fl,    Philadelphia, PA 19104-2884
509710959     +Encore Receivable Management, Inc.,    PO Box 3330,    Olathe, KS 66063-3330
509710960     +Equifax,    PO Box 740256,    Atlanta, GA 30374-0256
509710961     +Experian,    PO Box 9701,    Allen, TX 75013-9701
509710962      Faloni & LaRusso, Esquires,    PO Box 1285,    Caldwell, NJ 07007-1285
509710964      Geneva Roth Ventures,    PO Box 148,    Mission, KS 66201-0148
509710965      High Mountain Funding,    PO Box 226,    Haledon, NJ 07508
509710967     +Jefferson Capital Syst,    16 McLeland Rd,    Saint Cloud, MN 56303-4725
509710968      Loan Shop Online,    2207 Concord Pike # 250,    Wilmington, DE 19803-2908
509710971      MRS Associates Inc.,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
509710970     +Macy's,    Attn: Bankruptcy Corporate Department,    6356 Corley Rd,    Norcross, GA 30071-1704
509710972     +NCO Financial Systems,    3850 N Causeway Blvd Ste 350,    Metairie, LA 70002-8195
509710973      Old Navy,    Corporate Bankruptcy Department,    PO Box 103106,    Roswell, GA 30076
509710974      Omni Credit Services, Inc.,    PO Box 23381,    Tampa, FL 33623-3381
509710975      Oxford Management Services,    PO Box 1991,    Southgate, MI 48195-0991
509710977     +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
509710976      Police And Fire Fcu,    2837 Southampton Rd,    Philadelphia, PA 19154-1206
509710979      Sallie Mae,    PO Box 9500,    Wilkes Barre, PA 18773-9500
509710980      Stokes & Clinton,    PO Box 991801,    Mobile, AL 36691-8801
509710981     +Transunion,    PO Box 2000,    Crum Lynne, PA 19016-2000
509710982      Travel Advantage Network,    PO Box 64220,    Baltimore, MD 21264-4220
509710983      Tri State Financial,    PO Box 2520,    Wilkes Barre, PA 18703-0018
509710984      University Accounting Service,    PO Box 932,    Brookfield, WI 53008-0932
```

The following entities were noticed by electronic transmission on Sep 11, 2009.
```
509710951      EDI: CAPITALONE.COM Sep 11 2009 17:38:00    Cap One,    PO Box 5155,    Norcross, GA 30091-5155
509710954      EDI: CITICORP.COM Sep 11 2009 17:38:00    Citi,    PO Box 20507,    Kansas City, MO 64195-0507
509710963      EDI: AMINFOFP.COM Sep 11 2009 17:39:00    First Premier Bank,    PO Box 5524,
               Sioux Falls, SD 57117-5524
509710966     +EDI: RMSC.COM Sep 11 2009 17:38:00    JC Penney,    Corporate Bankruptcy Department,
               4125 Windward Plz Bldg 300,    Alpharetta, GA 30005-8738
509710969      EDI: RESURGENT.COM Sep 11 2009 17:38:00    Lvnv Funding Llc,    PO Box 740281,
               Houston, TX 77274-0281
509710978      EDI: RRSB.COM Sep 11 2009 17:38:00    Redline Recovery Services, LLC,
               1145 Sanctuary Pkwy Ste 350,    Alpharetta, GA 30009-4756
509710985      EDI: USAA.COM Sep 11 2009 17:39:00    Usaa Savings Bank,    10750 McDermott Fwy,
               San Antonio, TX 78288-1600
509710986      EDI: WFNNB.COM Sep 11 2009 17:38:00    Wfnnb/victorias Secret,    PO Box 182273,
               Columbus, OH 43218-2273
                                                                                          TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-1        User: admin           Page 2 of 2           Date Rcvd: Sep 11, 2009
Case: 09-23767             Form ID: b18           Total Noticed: 44
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2009                    Signature:    _____

# Exhibit D

Case 10-01529-JHW    Doc 1    Filed 04/20/10    Entered 04/20/10 12:46:46    Desc Main
        Document        Page 18 of 18



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
34 South 11th Street, Philadelphia, PA. 19107

Marsha H. Neifield, President Judge    Patricia R. McDermott, Deputy Court Administrator

## STATEMENT OF CLAIM

Code: Consumer Purchase - (4)          # SC-10-03-17-5076

| | |
|---|---|
| Police and Fire Federal Credit Union<br>901 Arch Street<br>Philadelphia, PA 19107 | Kimberly Hoogstra<br>192 Denver Avenue<br>Mantua, NJ 08051 |
| *Plaintiff(s)* | *Defendant(s)* |

Service Address (information) if other than above:

*To the Defendant:  Plaintiff is seeking a money judgment against the Defendant(s) based on the following claim:*

Kimberly Hoogstra, ("Defendant") is a member of the Police and Fire Federal Credit Union ("PFFCU").
On December 15, 2003, Defendant signed a promissory note for a Personal Line of Credit with PFFCU
(the "Loan"). Defendant made payments on the Loan, but stopped making payments on or about January
31, 2009. The loan is now in default, and the full balance, plus interest and attorney's fees (per
the Membership Agreement and Loan Note) are due. The principal balance remaining on the loan is
$8,910.02.
PFFCU sent several letters to the Defendant and tried to contact the Defendant with regard to the
Loan, requesting that the balance be paid in full. To date, no payments have been made, and the loan
remains in default. Defendant owes PFFCU, and demand is made for $9,944.31, plus costs of suit.

## Summons to the Defendant
You are hereby ordered to appear at a hearing
scheduled as follows:

## Citation al Demandado
Por la presenta, Usted esta dirijido a presentarse a la
siguiente:

34 South 11th Street
Philadelphia, PA 19107
Hearing Room: 4A

April 30th, 2010

01:00 PM

## Amount Claimed

| | | |
|---|---|---|
| Principal | $ | 8910.02 |
| Interest | $ | 588.79 |
| Attorney Fees | $ | 445.50 |
| Other Fees | $ | 0.00 |
| Subtotal | $ | 9944.31 |
| Service | $ | 0.00 |
| State Fee | $ | 10.00 |
| Automation Fee | $ | 5.50 |
| Convenience Fee | $ | 5.00 |
| JCS St. Add. Surcharge | $ | 11.25 |
| JCS St. Add. Fee | $ | 2.25 |
| Court Costs | $ | 44.00 |
| TOTAL CLAIMED | $ | 10022.31 |

Date Filed: 03/17/2010

I, the undersigned, verify and depose that the facts set forth in this Complaint are true and correct and acknowledge that I am subject to the penalties of 18 P.S. 4904
relating to Unsworn Falsification Authorities.
        MITCHELL B KLEIN

901 ARCH STREET
PHILADELPHIA, PA 19107
Address & 215-931-2902
Phone

Signature Plaintiff/Attorney
Atty ID #: 051267

NOTICE TO THE DEFENDANT, YOU HAVE BEEN SUED IN COURT.
PLEASE SEE ATTACHED NOTICES

AVISO AL DEMANDADO LE HAN DEMANDADO EN CORTE, VEA POR FAVOR
LOS AVISOS ASOCIADOS.

If you wish to resolve this matter without appearing in court, please contact the attorney shown above immediately.

03/22/2010 MON 10:51   [TX/RX NO 7430]   ☑002